# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| | |
|---|---|
| LYRIS SPENCER-HARRIS | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 3:26-CV-00817 |
| XSOLIS, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant XSOLIS, INC.                                                                                         .

Date:     07/07/2026

/s/Melody McAnally
*Attorney's signature*

Melody McAnally (TN BPR 025971)
*Printed name and bar number*
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

*Address*

melody.mcanally@butlersnow.com
*E-mail address*

(901) 680-7200
*Telephone number*

(901) 680-7201
*FAX number*

Print          Save As...          Reset