IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

SPENCER-HARRIS,

_____,

     Plaintiff(s),

v.                                         Case No. 3:26-CV-00817_____

XSOLIS, INC._____,

     Defendant(s).

**BUSINESS ENTITY DISCLOSURE STATEMENT**
**(Disclosure of corporate affiliations and financial interests)**

To provide the disclosures required by Fed. R. Civ. P. 7.1(a), and in compliance with the

provisions of Local Rule 7.02(a), including for determination of judicial conflicts, this Business

Entity Disclosure Statement is filed by __XSOLIS, INC._____.

The filer acknowledges its continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks, and fully provide any required
information. Attach separate pages as necessary to fully provide required information.**

     1.     This party or intervenor is a publicly held corporation or other publicly held entity,
incorporated in the state of _____with a principal place of business in the state
of _____.

     2.     This party or intervenor is a privately held corporation, incorporated in the state of
_Delaware_____ with a principal place of business in the state of
_Tennessee_____. Ten percent (10%) or more of this corporation is
owned by (list below all ownership interests of 10% or more):

_____
_____.

     3.     Is this party or intervenor a parent or subsidiary of another corporation or
corporations?

     ____ YES     _x___ NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is
the parent or the subsidiary.

_____
_____.

4.        Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

____ YES      _x___ NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

_____
_____.

5.        Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct  financial interest in the outcome of the litigation?

____ YES      _x___ NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

_____
_____.

6.        If the named party or intervenor is a business entity other than a corporation (i.e. partnership, limited liability entity, or trust), identify all individuals or entities holding ten percent (10%) or more of the ownership interests in the named party or intervenor.

_____
_____ .

**Provide any additional pertinent information on attached page(s).**

Date: 07/15/2026_____    Signature: _/s/ *Jordyne J. Richartz*_____ _

Printed Name:_Jordyne J. Richartz_____

Title: Counsel for Defendant Xsolis, Inc. _____

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Business Entity Disclosure will be served upon the following counsel of record via the Court's ECF system on July 15, 2026.

Grayson Wells (TN BPR 039658)
John C. Roberts (TN BPR 042673)
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

Samuel J. Strauss*
Raina C. Borrelli*
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

*Counsel for Plaintiff and the Proposed Class*

/s/ *Jordyne J. Richartz*
Jordyne J. Richartz

101641476.v1